JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ROSENBERG,<br><br>                    Plaintiff,<br><br>     v.<br><br>ONE 1981 PORSCHE CARRERA S, et al.,<br><br>                    Defendants. | Case No.  CV 13-4793-GW(Ex)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated: November 6, 2013        BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT